**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Howard Wesley COTTERMAN, Defendant–Appellee.**

**No. 09–10139.**

United States Court of Appeals, Ninth Circuit.

March 19, 2012.

Carmen F. Corbin, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellant.

William J. Kirchner, Nash & Kirchner, P.C., Tucson, AZ, for Defendant–Appellee.

David Miles Porter, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Sacramento, CA, Christopher Todd Handman, Hogan Lovells

U.S. LLP, Washington, DC, for Amicus Curiae.

D.C. No. 4:07–cr–01207–RCC–CRP–1.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.